IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07CR256-MHT |
| | ) | |
| JERMAINE COREY ROBINSON | ) | |

Unopposed Motion to Continue Trial

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this Motion to Continue Trial. As grounds, the United States sets forth the following grounds:

1) The trial of this matter is currently set for May 12, 2008, in Opelika, Alabama.

2) Defendant Robinson is currently indicted with two other individuals, Arthur Ray Smith and Howard Smith. All three individuals have been charged with conspiracy to distribute controlled substances. The trial of Howard Smith and Arthur Ray Smith is currently set for October 14, 2008, in Opelika, Alabama.

3) Trial of Defendant Robinson without his co-defendants would not serve judicial economy and would create a forced severance. It is well established that the efficiency and fairness of the criminal justice system is enhanced by joint trials rather than requiring separate proceedings to only present the same evidence. See Richardson v. Marsh, 481 U.S. 200, 209-10 (1987).

4) Defendant Robinson is not in custody and his Attorney, Donnie Bethel, has no opposition to setting this case for trial on October 14th so all defendants can be tried together.

In the light of the aforementioned, the United States respectfully requests that the trial of this matter be continued to the October 14, 2008 trial term.

Respectfully submitted this the 21st day of April, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Verne H. Speirs
>VERNE H. SPEIRS
>One Court Street
>Montgomery, Alabama 36104
>Phone: (334) 223-7280
>FAX: (334) 223-7135
>verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr256-MHT |
| | ) | |
| JERMAINE COREY ROBINSON | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
verne.speirs@usdoj.gov