IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr256-MHT |
| JERMAINE COREY ROBINSON | ) | (WO) |

OPINION AND ORDER

This cause is before the court on the government's unopposed motion to continue trial.  For the reasons set forth below, the court finds that jury selection and trial, now set for May 12, 2008, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making

> public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). The Act excludes from the 70-day period "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted." Id. § 3161(h)(7).

The court concludes that a continuance is appropriate in this case. Robinson is currently indicted with two other individuals, Arthur Ray Smith and Howard Smith. All three individuals have been charged with conspiracy to distribute controlled substance. The trial of the Smiths is currently set for October 14, 2008. No motion for severance has been granted and the time for trial of Robinson's two codefendants has not run; therefore, a continuance to allow for a joint trial of Robinson with his two codefendants would be consistent with the Speedy Trial Act and serve the interest of judicial efficiency

and fairness. The ends of justice served by granting a continuance outweigh the interest of the public and Robinson in a speedy trial

Accordingly, it is ORDERED as follows:

(1) The government's unopposed motion for continuance (doc. no. 94) is granted.

(2) The jury selection and trial, now set for May 12, 2008, are reset for October 14, 2008, at 10:00 a.m., in the G.W. Andrews Federal Building & U.S. Courthouse, 701 Avenue A, Opelika, Alabama.

DONE, this the 28th day of April, 2008.

                      /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE